UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03-CR-00231-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RAMIRO RODRIQUEZ, | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Warrant for the Arrest of a Material Witness issued on April 13, 2005 in connection with Ramiro Rodriquez's potential testimony in the above captioned case. See Doc. No. 3:03-CR-231, Material Witness Order dated April 13, 2005.

**IT IS THEREFORE ORDERED** that the United States's Motion to Dismiss a Warrant for the Arrest of a Material Witness, (Doc. No. 773), is **GRANTED.**

The Clerk is respectfully directed to certify a copy of this Order to the U.S. Marshals Service.

Signed: August 22, 2024

_____
Frank D. Whitney
United States District Judge